# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

G&G PRODUCTIONS, LLC, a California Limited Liability Corporation,

Plaintiff,

v.

RITA RUSIC, an individual, and DOES 1-10, inclusive,

Defendant.

Case No. 2:15-cv-02796-RGK-E

Hon. R. Gary Klausner

[PROPOSED] JUDGMENT

Pursuant to Federal Rule of Civil Procedure 54, Judgment is hereby entered in favor of Defendant Rita Rusic ("Rusic") and against Plaintiff G&G Productions LLC ("Plaintiff"). Plaintiff shall take nothing by its Complaint. ~~Rusic shall have and recover costs of suits in the amount of $_____~~.

Dated: **06·17**, 2019.

_____
United States District Court